## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTOINE WALKER and KHALIL HAMMOND**, on their own behalf and on behalf of all others similarly situated : : : : : **v.** : : **LAUREL HARRY**, Secretary of Corrections and **MICHAEL WENEROWICZ**, Executive Deputy Secretary for Institutional Operations, Pennsylvania Department of Corrections | **CIVIL ACTION** <br><br><br><br><br><br><br><br><br><br> **NO. 24-2295** |

### ORDER

**NOW**, this 8th day of January, 2025, upon consideration of Commonwealth Defendants' Motion to Transfer, and Stay Order Until Decision on Motion to Stay Is Issued (Doc. No. 12), the plaintiffs' response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

_____
TIMOTHY J. SAVAGE, J.